**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FERNANDO MEDINA-LARIOS, | No. 05-71408 |
| Petitioner, | Agency No. A070-784-065 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Fernando Medina-Larios, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JTK/Research

We have jurisdiction pursuant to 8 U.S.C. § 1252.  We review de novo questions of law, *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir. 2005), and we deny the petition for review.

Medina-Larios' contention that his convictions do not render him ineligible for cancellation of removal because they occurred over ten years prior to his application is foreclosed by *Flores-Juarez v. Mukasey*, 530 F.3d 1020, 1022 (9th Cir. 2008) ("[Section] 1229b(b)(1)(C) . . . does not place any temporal limitation on when the crime was committed.").

**PETITION FOR REVIEW DENIED.**